NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD LEE BOYKINS,                    )
                                        )
        Appellant,                      )
                                        )
v.                                      )       Case No. 2D17-3153
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                       )
_____    )

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

Richard Lee Boykins, pro se.

PER CURIAM.

                Affirmed.

NORTHCUTT, SILBERMAN, and MORRIS, JJ., Concur.